

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0718

OP 22-0718

_____

C.B. and G.S., Parents of A.B.

　　　　Petitioners,

v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, SILVER BOW COUNTY,
HON. ROBERT WHELAN, Presiding,

　　　　Respondent.

_____

DEC 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioners C.B. and G.S., Parents of A.B. (Parents), seek a writ of supervisory control to vacate the November 28, 2022 Order Extending Temporary Legal Custody Until Hearing of the Second Judicial District Court, Silver Bow County, in its Cause No. DN-20-68. In that Order, the District Court granted a motion filed by the attorney and guardian ad litem of A.B., the youth in need of care who is the subject of the dependent-neglect action. Parents assert that the District Court erred in extending temporary legal custody on motion of the attorney and guardian ad litem because the Department of Health and Human Services is the only entity that is authorized by statute to file such motions. Parents further ask that this matter be stayed in the District Court while we consider their petition.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Second Judicial District Court, the State of Montana, and attorney and guardian ad litem Mary Kay Starin are each granted 20 days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Second Judicial District Court, Silver Bow County, Cause No. DN-20-68, and the Honorable Robert Whelan, presiding.

DATED this 20 day of December, 2022.

Justices